UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MICHAEL R., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 2:20-CV-00043-MAT <br><br><br> ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will perform the following actions:

- Provide the claimant an opportunity for a new hearing and for submission of additional evidence in support of his claim;
- Take any necessary steps to fully develop the administrative record, comply with Social Security Ruling 00-4p to resolve any apparent conflict between the vocational expert testimony and the Dictionary of Occupational Titles and articulate the resolution of any such apparent conflicts;

Page 1    ORDER - [2:20-CV-00043-MAT]

- Reevaluate the claimant's objective evidence, claimant's symptom testimony, the lay witness testimony, the treatment provider opinion evidence, and the residual functional capacity.

Upon proper presentation, Plaintiff will be entitled to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412 et seq.

DATED this 18th day of May, 2020.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Katherine Watson
KATHERINE WATSON
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2139
Fax:  (206) 615-2531
katherine.watson@ssa.gov